United States District Court
Southern District of Texas
**ENTERED**
July 06, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYAN LAWSON, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-3465 |
| | § | |
| NAVIENT SOLUTIONS, INC. F/K/A SALLIE MAE, INC., *et al*, | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the Magistrate Court's Memorandum and Recommendation Granting Defendants' Motions to Dismiss, filed on May 18, 2018 (Doc. #28). The time for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. *See Cruz v. Colvin*, No. 7:14-CV-780, 2016 WL 728182, at *1 (S.D. Tex. Feb. 24, 2016). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety. Accordingly, Plaintiffs' Amended Complaint is DISMISSED. However, Plaintiffs shall be allowed to file an amended complaint addressing the issues laid out in the Magistrate Court's Memorandum and Recommendation within fourteen (14) days from the date of this Order. Failure to file such a complaint will result in the closure of this case without further notice from the Court.

It is so ORDERED.

JUL 0 5 2018
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge